Myers v Karaszewski (2023 NY Slip Op 02259)

Myers v Karaszewski

2023 NY Slip Op 02259

Decided on April 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., PERADOTTO, CURRAN, AND OGDEN, JJ.

416 CA 22-01015

[*1]SANDRA MYERS AND DAVID MYERS, PLAINTIFFS-APPELLANTS,
v
BRIAN KARASZEWSKI, M.D., ET AL., DEFENDANTS, LINDA BURNS, D.O., AND BUFFALO RHEUMATOLOGY & MEDICINE, PLLC, DEFENDANTS-RESPONDENTS. 

FARACI LANGE, LLP, BUFFALO (JENNIFER L. FAY OF COUNSEL), FOR PLAINTIFFS-APPELLANTS. 
CONNORS LLP, BUFFALO (JOHN T. LOSS OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered March 30, 2022. The order granted the motion of defendants Linda Burns, D.O., and Buffalo Rheumatology & Medicine, PLLC, for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: April 28, 2023
Ann Dillon Flynn
Clerk of the Court